■ SLEETH PONTIAC, INC., Respondent, v. JOSEPH VALERIO, Appellant, et al., Defendant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. See Memorandum filed in companion case of *Valerio* v. *Sleeth Pontiac* (9 A D 2d 1024). All concur. (Appeal from a judgment of Onondaga Trial Term for plaintiff by direction of the court. The directed verdict was at the close of the evidence by this defendant, appearing as plaintiff in a companion case. The action was for property damage to an automobile owned by plaintiff and alleged to have been converted by defendants Valerio and Larabee to their own use, and by them caused to be wrecked and demolished.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ GERALDINE RUSH, Appellant, v. CELIA TAYLOR, Defendant, and GOETZMAN & NEWMAN TRUCKING CO., INC., et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Wayne Trial Term for defendants for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ HERBERT W. CUNNINGHAM et al., Respondents, v. RAYMOND W. BALL et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeals from a judgment of Oswego Trial Term for plaintiffs in an automobile negligence action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.